# MEMORANDUM DECISIONS

ABRAMS, Appellant, v. MANUFACTURERS' & TRADERS' BANK, Respondent. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Action by Joseph M. Abrams against the Manufacturers' & Traders' Bank. C. L. Hoffman, for appellant. R. B. Wood, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

McLAUGHLIN, J., dissents.

ACKERSON, Appellant, v. LANGER et al., Respondents. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Action by Louis Ackerson against Edward Langer and another. C. V. Washburne, for appellant. F. V. Johnson, for respondents.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

ADAMS, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Joseph L. Adams against Merrill B. Williams. No opinion. Judgment of the Municipal Court affirmed, with costs.

ADDONISIO, Respondent, v. SIMON, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Amalia Addonisio against Morris Simon. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

ÆTNA LIFE INS. CO., Respondent, v. DUFARQUET, HUOT & MONEUSE CO., Appellant (two cases). (Supreme Court, Appellate Division, First Department. December 30, 1910.) Action by the Ætna Life Insurance Company against the Dufarquet, Huot & Moneuse Company. B. L. Hollander, for appellant. K. Winter, for respondent. No opinion. Determination affirmed, with costs. Orders filed. See, also, 122 N. Y. Supp. 688.

ALBRECHT, Respondent, v. ROCHESTER, S. & E. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by William Albrecht, as administrator, etc., against the Rochester, Syracuse & Eastern Railroad Company.

PER CURIAM. Judgment and order affirmed with costs. See, also, 136 App. Div. 893, 120 N. Y. Supp. 1112.

McLENNAN, P. J., and ROBSON, J., dissent, upon the ground of errors in the charge.

ALLEN v. FROMME. (Supreme Court, Appellate Division, First Department. January 20, 1911.) Action by Willard S. Allen against Addie Fromme, as executrix. No opinion. Motion denied, with $10 costs. Order filed. See, also, 124 App. Div. 936, 940, 109 N. Y. Supp. 1123; 126 N. Y. Supp. 520.

AMERICAN, FELT CO., Appellant, v. RICHARDS, Sheriff, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 9, 1910.) Action by American Felt Company against John M. Richards, as Sheriff of Herkimer County. No opinion. Appeal dismissed, without costs, on stipulation filed.

AMERICAN PLANOGRAPH CO., Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, First Department. January 20, 1911.) Action by the American Planograph Company against Emery J. Smith. Frost & Nieman, for appellant. J. J. Crawford, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

In re AMIDON. (Supreme Court, Appellate Division, First Department. December 23, 1910.) In the matter of Georgiana M. Amidon, as executrix, etc. No opinion. Motion granted, unless appellant comply with terms stated in order. Order filed.

ANDERSON, Respondent, v. ANDERSON, Appellant. (Supreme Court, Appellate Division, Third Department. December 9, 1910.) Action by Frank S. Anderson against Adelaide M. Anderson. No opinion. Motion denied.

ANDERSON v. BESTON. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Action by Frederick W. Anderson against Rachel S. Beston. No opinion. Motion denied, with $10 costs. Order filed. See, also, 125 N. Y. Supp. 1111.

APOLLO WOOLEN MILLS, Appellant, v. STEARNS, Respondent. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by the Apollo Woolen Mills against William T. Stearns. L. H. Porter, for appellant. H. Schoenherr, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ARBUTHNOT, Respondent, v. ISENSTEIN, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Action by Charles G. Arbuthnot against Otto Isenstein, impleaded with others. J. J. Corn, for appellant. W. Macfarland, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ARMSTRONG v. NORTHRUP et al. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by John H. Armstrong against Boughton C.